# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

FRANKLIN ZORILLA,

    Petitioner,

v.                      CASE NO. 4:10cv392-RH/WCS

ATTORNEY GENERAL, etc.,

    Respondent.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's report and recommendation, ECF No. 4. No objections have been filed. As set out in the report and recommendation, dismissal is appropriate for failing to comply with a court order. It also appears that jurisdiction over the petitioner's substantive claims would lie only in the Court of Appeals. For these reasons,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk must enter judgment stating, "This case is DISMISSED without prejudice." The clerk must close the file.

SO ORDERED on December 3, 2010.

                                            s/Robert L. Hinkle
                                            United States District Judge